{ July Twenty Two of 2008
Anna Nicole's Loves Metallica
Page Number ONE OF TWO Pages }

07/22/2008

#1

FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

402

U.S. District Court for the District of Delaware.
Form to be used by a Prisoner in filling a Complaint under the Civil Rights Act. 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # Ms. JANE DOE, ALIAS OR A.K.A. Ms. TALINA QUEEN.
4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
5.- PLAINTIFF # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
10.- WHAT STEPS ARE YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
11.- WHAT WAS THE RESULT # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.
12.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION.
13.- EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.
14.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.
15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER AS YOU KNOW IT TOO HOW THIS COUNSELOR Ms. JANE DOE, ALIAS OR A.K.A.

Ms. Talina Queen, came and try to take me out from protective custody on 05/08/2008, May eight of 2008, knowing too about its nasty set up conspiracy and widely spread it plot to kill me, and knowing how one inmate throw his peen (urine) at me on this building of protective custody right here where I am, and knowing too how this criminal organization has send it people from Gander Hill Prison, Delaware Psychiatric Center, from Sussex Correctional Institution, from here at Delaware Correctional Center, in order to accomplish this nasty set up conspiracy and widely spread it plot to kill me, she send ▓▓▓▓▓▓▓▓▓▓▓ Sargent Ms. T. Harris, and Corrections Officer Ms. Jane Doe, and inmate Mr. John Doe, she Ms. Jane Doe, alias Ms. Talina Queen, along with other members of this criminal organization she send them too to put that soap from me foam bowl outside of the shower for disabled people where I was taking a shower so I hurted more my disabled, hurten, broken, fractured and damaged parts of my body, as you know it too all about it, as on my other lawsuit against Counselor Ms. Linda Kemp, I have explained, and today date 07/22/2008, that inmate Mr. John Doe, still here on this building harrassing me, and ▓▓▓▓▓▓ on 07/20/2008 they moved him to another cell from the Infirmary cell, so now he pass in front of my cell, and they take him out from his cell two times a day to harrassing me, and is already twenty two days and he still here on this tier, and Honorable Master, I'm going to get caught one of this days for keep tearing apart the ends of my sheets to use them like vends to wrap my legs and back and ribs because of this nasty, insane pain, and they are going to charge me for destroying state property but I need this vends on my legs so I can stand up, and climb on my mattress and on the toilet to dry my clothing that I wash on my cell as you know it too all about it, same as I have to keep taking a

{ July Twenty Two    OF 2008         07/22/2008
{ Bill Clinton loves Rock and Roll                    #2
{ PAGE NUMBER TWO OF TWO PAGES

SHOWER ON MY CELL BECAUSE EVEN THAT THEY MOVED MR. ENON DE UPSTAIRS, THEY STILL TAKING HIM OUT WHEN I GO OUT TO TAKE A SHOWER, SO PLEASE HONORABLE MASTER I NEED TO BE REMOVED OVER TO SUSSEX CORRECTIONAL INSTITUTION UNDER PROTECTIVE CUSTODY OVER IN GEORGETOWN DELAWARE, FOR LEGAL PURPOSES AND FOR UNDER PROTECTIVE CUSTODY MORE PROTECTION AT LEAST, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE, BECAUSE HIS FRIENDS ARE HARRASSING ME TOO AS ALWAYS AS YOU KNOW IT TOO.

16.- HOW YOU HAVE BEEN INJURED BY THE ACTION OF THE DEFENDANTS # EMOTIONALY, PSYCHOLOGICALY, VERBALY, AND IN OTHER DIFFERENT WAYS AND ALMOST PHYSICALY.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 07/22/2008
20.- SIGNATURE # IVAN MENDEZ

P.S. PLEASE HONORABLE MASTER, OR ARE YOU WAITING TOO FOR ONE OF THEIR FAKE MADE UP FIRE DRILLS, OR PRISON SCAPES, OR ANOTHER OF THEIR NASTY SET UPS THAT THEY HAVE SO THEY CAN ACCOMPLISHED THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, AS YOU KNOW IT TOO ALL ABOUT IT.

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

U.S. District Court
For The District of Delaware.
Application to Proceed Without
Prepayments of Fees and Affidavit.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # Counselor Ms. Jane Doe, Alias Ms. Talina Queen.
4.- I am the Plaintiff under 28 USC 1915 I am unable to pay the costs of this Complaint.
5.- Are you incarcerated # Yes
6.- If Yes Where # D.C.C, 1181 Paddock Road, Smyrna DE. 19977
7.- Are you employed there # No
8.- Do you receive any money from that Prison # No
9.- Name and Address of last employer # Mr. Sammy Congo, at Congo Rental the ME 2901 W. 2nd St. Wilmington DE. 19805, or at Pervcon) 100 N. Cleveland Ave, Wilmington DE. 19805.
10.- Monthly Salary Received # $16,00 or 2,000.
11.- Last day employed # Oct. or Nov. of 2000.
12.- Last payment of Salary Received # $16,00 or 2,000.
13.- Have you received any money on the last year period # No
14.- Do you have cash or any account # No
15.- Do you own any property # No
16.- List the persons dependant on you for support # What is left of my family.
17.- I declare under penalty of perjury that the above information is true and correct.
18.- Date # 07/22/2008
19.- Signature # IVAN MENDEZ

RECEIVED JUL 24 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

( Case Number Two )



I/M IVAN MENDEZ
SBI# 453351   UNIT S-H-U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

USs District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801



RECEIVED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE