U.S. District Court
For the District of Delaware.
Application to Proceed without
Prepayments of Fees and Affidavit.

1.- Plaintiff # Ivan Mendez
2.- Case Number # 318-2001
3.- Defendants # Counselor Ms. Jane Doe, alias Ms. Talina Queen.
4.- I am the Plaintiff under 28 USC 1915 I am unable to pay the costs of this Complaint.
5.- Are you incarcerated # Yes
6.- If yes where # D.C.C, 1181 Paddock Road, Smyrna DE. 19977
7.- Are you employed there # No
8.- Do you receive any money from that prison # No
9.- Name and address of last employer # Mr. Sammy Congo, at Congo Puntan the ME 2901 W. 2nd St. Wilmington DE. 19805, or at Artrucon, 100 N. Cleveland Ave., Wilmington DE. 19805
10.- Monthly salary received # $16,00 or 2,000.
11.- Last day employed # Oct. or Nov. of 2000.
12.- Last payment of salary received # $16,00 or 2,000.
13.- Have you received any money on the last year period # No
14.- Do you have cash or any account # No
15.- Do you own any property # No
16.- List the persons dependant on you for support # What is left of my family.
17.- I declare under penalty of perjury that the above information is true and correct.
18.- Date # 07/22/2008
19.- Signature # Ivan Mendez

(Case Number two)

RECEIVED JUL 24 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE



I/M IVAN MENDEZ
SBI# 453351   UNIT SHU #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

USso District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801

RECEIVED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE