AUGUST TWENTY TWO OF 2008.
{ A.C.D.C. LOVES PAMELA DENNIS ANDERSON AND AEROSMITH. }
{ PAGE NUMBER ONE #I              OF TWENTY SEVEN XXVII PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
NOTICE OF APPEAL.

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- PLAINTIFF #: IVAN MENDEZ.
2.- DEFENDANTS #: MS. JANE DOE, ALIAS AND/OR A.K.A. MS. TALINA QUEEN.
3.- CIRCUIT COURT DOCKET NUMBER #: _____
4.- DISTRICT COURT NAME #: U.S. DISTRICT COURT OF DELAWARE.
5.- DISTRICT COURT DOCKET NUMBER #: 1:08-CV-00462 JJF.
6.- DISTRICT COURT JUDGE #: MR. JOSEPH J. FARNAN. (J.J.F.).
7.- NOTICE IS HEREBY GIVEN THAT #: MR. IVAN MENDEZ, APPEALS TO THE HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE FROM #: ( ) JUDGMENT ( ) SUES, (*) ORDER, (*) OTHER SPECIFY #: HONORABLE MASTER I AM APPEALING FOR THE ORDER AND DECISION OF THAT LEGAL FORM NUMBER #: 1:08-CV-00462, AND MATTER OF FACT HONORABLE MASTER I GOT DISMISSED THREE LEGAL FORMS BY THE HONORABLE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT, OVER IN DENVER COLORADO, SUCH ARE THE FOLLOWING #: MENDEZ VS. MS. ANNETTE WRIGHT, 2:08-CV-65, MENDEZ VS. JOHN DOE, 2:07-CV-200, MENDEZ VS. JOHN DOE, 2:07-CV-201, AND THE HONORABLE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT DISMISSED THIS THREE LEGAL FORMS FOR FAILURE TO PROSECUTE, HONORABLE MASTER, AND ALSO ON 08/19/2008, AUGUST NINETEEN OF 2008, A COUNSELOR FROM MENTAL HEALTH, MS. JANE DOE CAME TO TALK TO ME AND AFTER I HAVE EXPLAINED TO HER SOME OF THE ABUSES AND DAMAGES OF WHAT I HAVE BEEN VICTIM AND I AM STILL BEING VICTIM OVER HERE ON THIS BUILDING OF SUPER MAXIMUM SECURITY PROTECTIVE CUSTODY SHE SAID THAT SHE CANNOT REMOVE ME TO S.C.I. OVER IN GEORGETOWN DELAWARE OR TO ANYWHERE BECAUSE THE MENTAL HEALTH COUNSELORS DON'T HAVE AUTHORITY OR POWER TO MOVE ANYBODY BUT THAT THE ONLY THING THEY CAN DO IS RECOMEND BUT NOT REMOVE PEOPLE, LIKE THE DEFENDANT THE HONORABLE MS. JANE DOE, ALIAS AND/OR A.K.A. MS. TALINA QUEEN, WHOM TRIED TO TAKE ME OUT FROM THIS BUILDING OF SUPER MAXIMUM SECURITY PROTECTIVE CUSTODY ON 05/08/2008 MAY EIGHT OF 2008, AND WE TALKED ABOUT OTHER RELATED ISSUES STATEMENTS GROUNDS AND FACTS RELATED TO THE SAME AND SIMILAR CHARGES, AND THE HONORABLE U.S. COURT OF APPEALS DISMISSED THE LEGAL FORMS 2:08-CV-65 AND 2:07-200, ON 08/08/2008 AUGUST EIGHT OF 2008, AND I HAVE RECEIVED THEM ON THE 08/16/2008 AUGUST SIXTEEN OF 2008, AND THE LEGAL FORM NUMBER 2:07-CV-201, THEY DISMISSED ON 08/07/2008, AUGUST SEVEN OF 2008, AND IT WAS RECEIVED BY THE MAIL ROOM ON 08/13/2008, AUGUST THIRTEEN OF 2008, AND THE

{ PLEASE TURN THIS FORM TO THE OTHER SIDE. }

GAVE IT TO ME DEATH 08/14/2008 AUGUST SIXTEEN 08/2008 SO PLEASE HONORABLE MASTER ARE YOU WAITING TOO UNTIL THEY ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME TOO, PLEASE HONORABLE MASTER AS YOU KNOW IT TOO THAT I AM NOT AN OLD WHITE AMERICAN COWBOY BETWEEN 45 YEARS AND YEARS OLD WITH AN ACCENT LIKE THE ▓▓▓▓▓▓ WHITE AMERICAN COWBOYS SUCH ARE MR. CLINT EASTWOOD, JHON WAYNE, TOMBSTONE OR YOUNG GUNS, I AM WAS BORN IN THE OLD MEXICO ON 012/04/1973 I AM ONLY 35 YEARS OLD AND I AM NOT ILLEGAL ON THIS HONORABLE AND HEROIC COUNTRY AND MY ACCENT IS NOT EVEN GOOD ENOUGH TO AT LEAST BE COMPARED TO THE PEOPLE CALLED HILLBILLIES OR YANKEES FIRECRACKERS EVEN BY THEIR OWN AS YOU KNOW IT TOO ALL ABOUT IT.

8.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE D CORRECT.
9.- APPELLANT'S NAME # IVAN MENDEZ
10.- S. B. I NUMBER # 453351
11.- ADDRESS # DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DELAWARE, 19977.
12.- DATE # 08/21/2008

P.S.- HONORABLE MASTER I AM SENDING YOU THE INMATE ACCOUNT STATEMENTS FOR THE PRIOR SIX MONTHS FOR THE LEGAL FORMS ▓▓▓▓▓▓ NUMBERS # MENDEZ VS. JANE DOE, 1:08-CV-00414, MENDEZ VS. C/O HARRIS, 1:08-CV-413 MENDEZ VS. COUNSELOR MS. JHONSON, 1:08-CV-416, MENDEZ VS. JHON DOE AND HENRY ANDESSEMOLU 1:08-CV-00417, MENDEZ VS. C/O TO HARRIS C/O JANE DOE, AND INMATE JHON DOE, 1:08-CV-00428, MENDEZ VS. THOMAS SAIELLO, 1:08-CV-418, BUT HONORABLE MASTER THE HONORABLE SUPPORT ICES OFFICE ▓▓▓ SEND ME THE INMATE ACCOUNT STATEMENTS NOT UNTIL TO 08/19/2008, AUGUST NINETEEN OF 2008, AND ALSO A MIRACLE HAPPENED THE HONORABLE LAW LIBRARY SEND ME THREE LEGAL FORMS SUCH AS # (09) (42 USC 1983), THAT I REQUESTED AN A MOTION FOR POST CONVICTION RELIEF THAT I DON'T REQUESTED BUT THEY DON'T SEND ME THE OTHERS THAT I HAVE REQUESTED SUCH ARE # (ONE 42 USC 1983), (THREE 42 USC 1985), (ONE 766 147), (ONE 3306) (AND ONE 148200 THIS LAST ONE 148200 BECAUSE THE SARCASTIC MAN SAID THAT IS NOT AVAILABLE, AND ALSO TOLD ME THAT MR. T MRS CAPANO, MR. RALPH SWAN, THE MALVO'S (SNAIPERS) WERE FOUND GUILTY HE DOES NOT KNOW ABOUT MR. O.J. SIMPSON, SO HONORABLE MASTER I AM SENDING YOU A REQUEST TO PROCEED IN FORMA PAUPERIS FOR THIS LEGAL FORM BUT IF YOU GRANTED ME THIS FORM CAN YOU PLEASE MAKE A PHOTOCOPY OF INMATE ACCOUNT STATEMENTS FOR PAST SIX MONTHS ATTACHED TO THIS FORM. { PLEASE TURN THIS FORM TO PAGE NUMBER TWO }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # ▮▮▮▮▮ 1:08-CV-462
3.- DEPENDANTS # MS. JANE DOE ALIAS AND/OR A.K.A. MS. TALINA QUEEN.
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMP INT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C. 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO GUNSERAL V E 2901 W. 2ND ST. WILMINGTON DE. 19805, OR AT PETRUCON, 100 N. CLEVELAND A. WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OR 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 08/21/2008
19.- SIGNATURE # MR. IVAN MENDEZ

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 1:08-CV-462
3.- DEFENDANTS # JANE DOE ALIAS AND/OR A.K.A MS. TALINA QUEEN.
4.- Comes now the PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT for ow them to PROCEED without PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR A NOTICE OF APPEAL FORM.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 08/21/2008
8.- TO # U.S. DISTRICT COURT.
9.- NAME # U.S. DISTRICT COURT
10.- ADDRESS # 844 N., KING ST., LOCKBOX # 18, WILMINGTON DE. 19801.
11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE Co RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU OWN TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OR MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 08/21/2008
14.- SIGNATURE # IVAN MENDEZ

{ PLEASE TURN THIS FORM TO PAGE NUMBER THREE }



I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U. #18
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North King Street
Lockbox #18
Wilmington Delaware.
19801